# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DONNA WINCHESTER, § § Plaintiff, § § v. § § BLUESTEM BRANDS, INC. D/B/A § FINGERHUT, § § Defendant. § § | Civil Action No. 2:19-cv-10780-LVP-DRG |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice.

Dated: July 22, 2019    /s/ Amy L. B. Ginsburg
                        Amy L. B. Ginsburg, Esq.
                        Kimmel & Silverman, P.C.
                        30 East Butler Pike
                        Ambler, PA 19002
                        Phone: 215-540-8888
                        Fax: 215-540-8817
                        Email: teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

      I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Bluestem Brands, Inc. D/B/A Fingerhut
7075 Flying Cloud Drive
Eden Prairie MN 55344

| | |
|---|---|
| July 22, 2019 | /s/ Amy L. B. Ginsburg |
| | Amy L. B. Ginsburg, Esq. |
| | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| | Ambler, PA 19002 |
| | Phone: 215-540-8888 |
| | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |