UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA WINCHESTER,

    Plaintiff,

  V.                                     CASE NO. 19-10780
                                         HON. LINDA V. PARKER

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT,

    Defendant.

_____/

### ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 6] on July 22, 2019; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

                                              s/Linda V. Parker
                                              Linda V. Parker
                                              United States District Judge

Dated: July 23, 2019